# Exhibit B

12268176.1



Smart Bird Feeder