# Exhibit C

12268176.1

| '242 Patent Claim | Citation |
|---|---|
| 1. A self-contained bird feeder … | (image of bird feeder with labeled parts: bird feeder, camera module, camera lens, feed port, feeder bottom, feeder housing) |
| … configured to provide detailed images over a wireless network, comprising: | The Bird Buddy website details that the function of the camera module is to capture a high-resolution image of a bird using the feeder when a bird is detected at the feeder[1,2]. The image is sent over a wireless network to a user's device.[3] |
| a bird feeder with a built in camera, computer, and internet connection, | Bird Buddy describes that the camera module in the feeder, labeled in the above image, has a camera and is connectable to Wi-Fi[4]. A computer in the camera module performs the described camera control and transmission processes[5]. |
| the bird feeder comprising: | See the image of the whole feeder above. |

---

[1] The Postcard Creation Process – https://support.mybirdbuddy.com/hc/en-us/articles/18559055060369-The-Postcard-Creation-Process [accessed on 10/8/2024]
[2] Camera specifications and features - https://support.mybirdbuddy.com/hc/en-us/articles/4403610732049-The-camera-module [accessed on 10/8/2024]
[3] Postcards: Collecting Photos and Videos - https://support.mybirdbuddy.com/hc/en-us/articles/9175854254865-Postcards-Collecting-Photos-and-Videos [accessed on 10/8/2024]
[4] Specs & features: Camera Module - https://mybirdbuddy.com/product/smart-bird-feeder/ [accessed on 10/8/2024]
[5] The Postcard Creation Process – https://support.mybirdbuddy.com/hc/en-us/articles/18559055060369-The-Postcard-Creation-Process [accessed on 10/8/2024]

12268176.1

| | |
|---|---|
| a. a feeder housing; | See the labeled area in the image above. |
| b. a feeder bottom; | See the labeled area in the image above. |
| c. a feed port disposed on the feeder bottom; | See the labeled area in the image above. |
| d. the camera internally mounted to the bird feeder such that the camera is aligned with the feed port to observe feeding birds; | As shown in the image above, the camera is in the bird feeder and aligned with the feed port. |
| e. the computer located within the feeder housing; | As described above, the camera module in the feeder has a computer that performs the described camera control and transmission processes.[6] |
| f. an internal power source; and | The camera module has a rechargeable battery that provides power to the camera module.[7] |
| g. a WiFi adapter located within the feeder housing. | The camera module in the feeder housing has a WiFi adapter to be capable of forming a WiFi connection.[8] |

---

[6] The Postcard Creation Process – https://support.mybirdbuddy.com/hc/en-us/articles/18559055060369-The-Postcard-Creation-Process [accessed on 10/8/2024]
[7] Camera Module - https://mybirdbuddy.com/product/smart-bird-feeder/ [accessed on 10/8/2024]
[8] Camera Module - https://mybirdbuddy.com/product/smart-bird-feeder/ [accessed on 10/8/2024]

12268176.1

| | |
|---|---|
| 3. The self-contained bird feeder of claim 1 further comprising a feed compartment disposed in the feeder housing and a feed compartment separator disposed in the feed compartment, whereby feed is fed by gravity from the feed compartment through the feeder housing, to the feeder bottom, and then to the feed port. |  |