# Exhibit E

12268176.1



[accessed at Bird Buddy website on 10/8/2024 -  https://mybirdbuddy.com/product/smart-hummingbird-feeder/]



[accessed at Bird Buddy website on 10/8/2024 -  http://mybirdbuddy.com/shop/]

12268176.1