# Exhibit F

12268176.1

| '242 Patent Claim | Citation |
|---|---|
| 1. A self-contained bird feeder … | (image of bird feeder with labels: bird feeder, feeder housing, feeder bottom, feed port, camera module, camera lens) |
| … configured to provide detailed images over a wireless network, comprising: | The Bird Buddy website details that the camera module in all Bird Buddy products is universal; the camera module in the Smart Hummingbird Feeder is identical to and interchangeable with the camera module in the Smart Bird Feeder.[1] The function of the camera module is to capture a high-resolution image of a bird using the feeder when a bird is detected at the feeder[2,3]. The image is sent over a wireless network to a user's device.[4] |
| a bird feeder with a built in camera, computer, and internet connection, | Bird Buddy describes that the camera module in the feeder, labeled in the above image, has a camera and is connectable to |

---

[1] Smart Hummingbird Feeder: Description - https://mybirdbuddy.com/product/smart-hummingbird-feeder/ [accessed on 10/9/2024]
[2] The Postcard Creation Process – https://support.mybirdbuddy.com/hc/en-us/articles/18559055060369-The-Postcard-Creation-Process [accessed on 10/8/2024]
[3] Camera specifications and features - https://support.mybirdbuddy.com/hc/en-us/articles/4403610732049-The-camera-module [accessed on 10/8/2024]
[4] Postcards: Collecting Photos and Videos - https://support.mybirdbuddy.com/hc/en-us/articles/9175854254865-Postcards-Collecting-Photos-and-Videos [accessed on 10/8/2024]

12268176.1

| | |
|---|---|
| | Wi-Fi[5]. A computer in the camera module performs the described camera control and transmission processes[6]. |
| the bird feeder comprising: | See the image of the whole feeder above. |
| a. a feeder housing; | See the labeled area in the image above. |
| b. a feeder bottom; | See the labeled area in the image above. |
| c. a feed port disposed on the feeder bottom; | See the labeled area in the image above. |
| d. the camera internally mounted to the bird feeder such that the camera is aligned with the feed port to observe feeding birds; | As shown in the image above, the camera is in the bird feeder and aligned with the feed port. |
| e. the computer located within the feeder housing; | As described above, the camera module in the feeder has a computer that performs the described camera control and transmission processes.[7] |
| f. an internal power source; and | The camera module has a rechargeable battery that provides power to the camera module.[8] |
| g. a WiFi adapter located within the feeder housing. | The camera module in the feeder housing has a WiFi adapter to be capable of forming a WiFi connection.[9] |

---

[5] Specs & features: Camera Module - https://mybirdbuddy.com/product/smart-bird-feeder/ [accessed on 10/9/2024]
[6] The Postcard Creation Process – https://support.mybirdbuddy.com/hc/en-us/articles/18559055060369-The-Postcard-Creation-Process [accessed on 10/9/2024]
[7] The Postcard Creation Process – https://support.mybirdbuddy.com/hc/en-us/articles/18559055060369-The-Postcard-Creation-Process [accessed on 10/9/2024]
[8] Camera Module - https://mybirdbuddy.com/product/smart-bird-feeder/ [accessed on 10/9/2024]
[9] Camera Module - https://mybirdbuddy.com/product/smart-bird-feeder/ [accessed on 10/9/2024]