# Exhibit G

12268176.1



[accessed at Bird Buddy website on 10/8/2024 - http://mybirdbuddy.com/shop/]

12268176.1