# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOODSTREAM CORPORATION and FREDERICK PERKINS<br><br>         Plaintiffs,<br>    v.<br><br>BIRD BUDDY, INC.<br><br>         Defendant. | C.A. No.:<br><br>**JURY TRIAL DEMANDED** |

## DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff Woodstream Corporation, ("Woodstream"), by and through its undersigned counsel, set forth the following information in accordance with Fed. R. Civ. P. 7.1:

Plaintiff Woodstream is a private corporation. Woodstream states that no publicly held corporation or affiliate owns 10% or more of its stock.

Dated: November 8, 2024

Salvatore Anastasi
Matthew Hennesy
BARLEY SNYDER
2 Great Valley Parkway, Suite 110
Malvern, PA 19355
Telephone: (610) 889-3699
Facsimile: (610) 889-3696
sanastasi@barley.com
mhennesy@barley.com

Respectfully submitted,

*/s/ Stephanie S. Riley*
Stephanie S. Riley (#5803)
Zachary Murphy (#6881)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Stephanie.Riley@wbd-us.com
Zachary.Murphy@wbd-us.com

*Attorneys for Plaintiffs Woodstream Corporation and Frederick Perkins*