IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOODSTREAM CORPORATION and FREDERICK PERKINS, <br><br> Plaintiffs, <br><br> v. <br><br> BIRD BUDDY, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 24-1236 (JCB) |

**JOINT NOTICE OF NON-CONSENT
TO HEARINGS AND/OR TRIAL IN TEXAS**

Pursuant to JCB-CV-77 entered May 15, 2025, Plaintiffs Woodstream Corporation and Frederick Perkins and Defendant Bird Buddy, Inc. provide this Joint Notice that at least one of the parties in this civil action does not consent to "trial, *see* 28 U.S.C. § 1404(a), hearings, *see* Fed. R. Civ. P. 77(b), or both in the Eastern District of Texas, Tyler Division."

<table>
<tr><td>

WOMBLE BOND DICKINSON (US) LLP

*/s/ Stephanie S. Riley*
_____
Stephanie S. Riley (#5803)
Zachary Murphy (#6881)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
stephanie.riley@wbd-us.com
zachary.murphy@wbd-us.com

OF COUNSEL:

Salvatore Anastasi
BARLEY SNYDER
2 Great Valley Parkway, Suite 110
Malvern, PA 19355
Telephone: (610) 889-3699
Facsimile: (610) 889-3696
sanastasi@barley.com

Matthew Hennesy
BARLEY SNYDER
126 East King Street
Lancaster, PA 17602
Telephone: (717) 399-1579
Facsimile: (717) 291-4660
mhennesy@barley.com

*Attorneys for Plaintiffs Woodstream Corporation and Frederick Perkins*

June 10, 2025

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
byenerall@morrisnichols.com

OF COUNSEL:

Craig R. Smith
Andrea B. Reed
Kevin M. Eckert
LANDO & ANASTASI, LLP
60 State Street, 23rd Floor
Boston, MA 02109
(617) 395-7000
csmith@lalaw.com
areed@lalaw.com
keckert@lalaw.com

*Attorneys for Defendant Bird Buddy, Inc.*

</td></tr>
</table>